**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
                                :   CASE NO.: 07 79.
    v.                          :
                                :
JAMES STEVEN GRILES,            :   **FILED**
                                :
    Defendant.                  :   MAR 2 3 2007
                                    NANCY MAYER WHITTINGTON, CLERK
                                    U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, James Steven Griles, the above named defendant, who is accused of Obstruction of Proceedings Before the United States Senate in violation of Title 18, United States Code, Section 1505, having been advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on March 23, 2007, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
James Steven Griles
Defendant

_____
Counsel for Defendant
Barry M. Hartman, Esq.
Brian W. Stolarz. Esq.
Kirkpatrick & Lockhart Preston
    Gates Ellis LLP

Stanley M. Brand
Brand Law Group, P.C.

Before _____
Hon. Ellen Segal Huvelle
U.S. District Judge