UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | FILED |
| ) | MAY 0 2 2007 |
| v.   ) | Criminal No. 07-079 (ESH) |
| ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| JAMES STEVEN GRILES, ) | |
| Defendant. ) | |

### ORDER

Based on the telephone conference held this 1st day of May, 2007, the Court hereby modifies its March 23, 2007 Sentencing Scheduling Order as follows:

Defendant's memorandum in aid of sentencing shall be filed with the Court on or before June 8, 2007. The United States shall file its memorandum in aid of sentencing on or before June 15, 2007. Defendant's reply memorandum, if any, shall be filed on or before June 19, 2007.

**SO ORDERED.**

                                       /s/ Ellen S. Huvelle
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

Date: May 1, 2007