UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Crim. No. 07-079 |
| | : | |
| JAMES STEVEN GRILES, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO SEAL THE *UNREDACTED* APPENDIX ACCOMPANYING
THE UNITED STATES' MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through the undersigned counsel within the United States Department of Justice, Criminal Division, Public Integrity Section, hereby moves to file under seal the *unredacted* version of the Appendix accompanying the United States' Memorandum in Aid of Sentencing filed on this date. In support of this motion, the Government respectfully submits:

1.   Accompanying the United States' Memorandum in Aid of Sentencing, the Government filed two versions of the same Appendix – a redacted version and an unredacted version. Both Appendices contain identical indexes and the same set of documents. The sole difference is that in the Appendix we have filed publicly contains noticeable redactions, such that the reader can easily discern what portion(s) of a particular document have been "blacked out" or marked "redacted." The limited redactions include: e-mail address domains; the identities of a limited number of individuals whose privacy the United States seeks to protect[*]; the personal information of certain individuals (e.g., Social Security Numbers, birth dates, home addresses

---

[*] In the index to both the redacted and unredacted versions of the Appendix, and throughout the Government's sentencing memorandum, these individuals are identified by their position, official title, and/or a pseudonym.

and telephone numbers, direct dial office numbers); financial institution account information (i.e., personal and business checking account numbers, bank routing numbers); and a limited amount of proprietary information (e.g., a law and lobbying firm's client list).

2. No portion of the text of the United States' Memorandum in Aid of Sentencing has been redacted or otherwise filed under seal. The entire brief has been filed publicly.

3. Complete copies of the redacted *and unredacted* versions of the Appendix have been served on counsel of record for the defendant, James Steven Griles.

4. Counsel for defendant Griles do not oppose this motion.

For these reasons, we respectfully request that the *unredacted* version of the Appendix accompanying the United States' Memorandum in Aid of Sentencing be filed under seal.

Respectfully Submitted,

WILLIAM M. WELCH, II
Chief
Public Integrity Section

By: _____
ARMANDO O. BONILLA
KARTIK K. RAMAN
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW – 12th Floor
Washington, DC 20005
T: 202-616-2983 / 202-616-5535
F: 202-514-3003
e-mail: armando.bonilla@usdoj.gov
e-mail: kartik.k.raman@usdoj.gov

June 15, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 15th day of June, 2007, I caused to be electronically filed with the Clerk of the Court using the CM/ECF system a complete copy of this filing and accompanying documents, entitled "Motion to Seal the *Unredacted* Appendix Accompanying the United States' Memorandum in Aid of Sentencing," which will automatically send e-mail notification of this filing to the identified attorneys of record for the defendant, James Steven Griles

> Barry M. Hartman, Esq.
> Brian W. Stolarz, Esq.
> Kirkpatrick & Lockhart Preston
>   Gates Ellis LLP
> 1601 K Street, N.W.
> Washington, DC  20006
> *Counsel for defendant James Steven Griles*

_____
Armando O. Bonilla
Trial Attorney
Public Integrity Section

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 07-079 |
| : | |
| JAMES STEVEN GRILES, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the Government's Motion to Seal the *unredacted* version of the Appendix accompanying the United States' Memorandum in Aid of Sentencing; and the Court having considered the bases therefore; and good and sufficient cause having been shown; it is hereby

ORDERED that the Government's motion shall be and is hereby GRANTED; and it is

FURTHER ORDERED that the *unredacted* version of the Appendix accompanying the United States' Memorandum in Aid of Sentencing shall be and is hereby FILED UNDER SEAL.


Dated: June ____, 2007

_____
Hon. Ellen Segal Huvelle
United States District Judge

Armando O. Bonilla
Kartik K. Raman
*Counsel for the United States*

Barry M. Hartman
Brian W. Stolarz
*Counsel for Defendant James Steven Griles*