UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 07-079 |
| JAMES STEVEN GRILES, | : |
| Defendant. | : |

### ORDER

Upon consideration of the Government's Motion to Seal the *unredacted* version of the Appendix accompanying the United States' Memorandum in Aid of Sentencing; and the Court having considered the bases therefore; and good and sufficient cause having been shown; it is hereby

ORDERED that the Government's motion shall be and is hereby GRANTED; and it is

FURTHER ORDERED that the *unredacted* version of the Appendix accompanying the United States' Memorandum in Aid of Sentencing shall be and is hereby FILED UNDER SEAL.

Dated: June 18, 2007

Hon. Ellen Segal Huvelle
United States District Judge

Armando O. Bonilla
Kartik K. Raman
*Counsel for the United States*

Barry M. Hartman
Brian W. Stolarz
*Counsel for Defendant James Steven Griles*