June 15, 2007

The Honorable Ellen Segal Huvelle
United Sates District Court
District of Columbia
333 Constitution Avenue
Washington D.C. 20001



**FILED**

JUN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07CR79

Re: **Sentencing of Mr. Griles**

Dear Judge Huvelle,

I wish to express my distaste with the idea that Mr. Griles may be sentenced to public service behind a desk, soliciting funds for a non-profit advocacy organization.

Mr. Griles was appointed to a position of high responsibility. He has broken the law, abused his power, violated the public trust, and dishonored the high calling of public service for base political purposes. Do not compound his deeds by allowing him to choose a public service that furthers those ends.

Mr. Griles should serve time behind bars, and any public service included in his sentence should be of a menial nature that benefits all of the public – not an organization that supports his particular beliefs.

His sentence should reinforce the public's expectation of justice for people that abuse their power and station.

Sincerely,

Citizen