IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 07-CR-079 (ESH) |
| : | |
| JAMES STEVEN GRILES, : | |
| Defendant. : | |

### DEFENDANT'S RESPONSE TO UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY

James Steven Griles, through undersigned counsel, respectfully responds to the United States' notice of supplemental authority, served on June 22, 2007 (Docket Entry19).

The United States incorrectly describes the holding in *Rita v. United States*, S.Ct. No. 06-5754, 2007 WL 1772146 (June 21, 2007). Contrary to the implication in the United States' filing, the Court held that this presumption does not apply to the sentencing court: "[w]e repeat that the presumption before us is an *appellate* court presumption . . . the presumption applies only on appellate review." *Id.* at 9. (emphasis in original). The Court further held that "[i]n determining the merits of these [sentencing] arguments, the sentencing court *does not enjoy* the benefit of a legal presumption that the Guidelines sentence should apply." *Id.* (emphasis added and citation omitted).

In addition, the United States represents that the sentence imposed in *Rita* "upheld a sentence of 33 months of incarceration for '[t]he basic crime... of two false statements made under oath to a federal grand jury.'" United States Notice of Supplemental Authority at 1 (citations omitted). Mr. Rita was convicted after trial on multiple counts of perjury, obstruction

DC-928124 v1

of justice and false statements to a grand jury regarding the government's investigation of unlawful machinegun registration. Because Mr. Rita was convicted of perjury, his Guideline level was derived from the subject machinegun registration offense, and his Guideline level was 20 (33-41 months). *Id.* at 3 ("[t]he single most serious offense in Rita's case is 'perjury'"). The instant case, as has been extensively described in prior filings, is entirely different as it did not involve a perjury conviction after trial, but involved a pre-indictment guilty plea to one count of obstruction of a Congressional proceeding with a corresponding advisory Guideline level of 12.

The holding in *Rita* does not alter the requirement that the Court analyze the applicable sentencing factors of 18 U.S.C. §3553, which in this matter strongly supports a sentence of home confinement, community service, and probation.

Respectfully Submitted,

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

Dated: June 25, 2007

By: _____
Barry M. Hartman, Esq.
Brian W. Stolarz, Esq.

Counsel for James Steven Griles
1601 K Street, NW
Washington, D.C. 20006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2007, I caused a copy of the foregoing Response to United States' Notice of Supplemental Authority to be filed via ECF with notification to: Armando Bonilla, Public Integrity Section, Criminal Division, United States Department of Justice, 1400 New York Avenue, NW, Washington, DC 20005.

                                                                                          /s/ Brian W. Stolarz
                                                                                          Brian W. Stolarz