HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

**James Steven Griles**                         Docket No.: CR 07-79-01

TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __James Steven Griles__ having been sentenced, on June 26,

2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau

of Prisons by reporting to __FCI Petersburg__, in __Petersburg, VA__ **by 2 p.m.,**

**on** __September 14, 2007__.

__8/31/07__
**Date**

__Ellen S Huvelle__
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**                         **DEFENDANT**

**Revised 6-2004**

N